IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY E. ADKINS,
    Petitioner,

vs.                         Case No.  5:13cv322/LAC/EMT

WARDEN, FCI-MARIANNA,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 14, 2014 (doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is **DISMISSED for lack of jurisdiction**.

    3.     The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 4th day of March, 2014.

                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**